IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Joe Frank-Haviland
and Alicia Frank-Haviland,

    Plaintiff

vs.                                   Case No. 1:11-cv-00493-JB-WDS

Focus Receivables Management, LLC,

    Defendant.

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiffs, Joe Frank-Haviland and Alicia Frank-Haviland, by and through their counsel of record, Weisberg & Meyers, LLC (Larry Leshin) and Defendant, Focus Receivables Management, LLC, by and through its attorneys of record, S. Charles Archuleta, hereby jointly move for dismissal with prejudice of any and all claims that have been or could have been brought in this action against Defendant and its past and present directors, officers, employees and/or agents by, through or on behalf of Plaintiffs, with the parties to bear their own costs and attorneys' fees. As grounds for this motion, the parties advise the Court that this matter has been settled.

                                                 Respectfully submitted,

| **WEISBERG & MEYERS, LLC** | **KELEHER & MCLEOD, P.A.** |
|---|---|
| By: s/Larry Leshin | By: s/S. Charles Archuleta |
| Larry Leshin | S. Charles Archuleta |
| 1216 Indiana St. NE | P.O. Box AA |
| Albuquerque, NM 87110 | Albuquerque NM 87103 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |