FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE NEW MEXICO

JAN 1 2 2012

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Joe Frank-Haviland
and Alicia Frank-Haviland,

    Plaintiff

vs.                          Case No. 1:11-cv-00493-JB-WDS

Focus Receivables Management, LLC,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the Joint Motion to Dismiss with Prejudice filed by Plaintiff and Defendant. The Court notes that the parties have advised the Court that this matter has been settled. Accordingly, the Court finds that the motion should be approved.

IT IS THEREFORE ORDERED that all claims that Plaintiffs, Joe Frank-Haviland and Alicia Frank-Haviland, brought or could have brought in this action against Defendant, Focus Receivables Management, LLC, its past and present directors, officers, employees and agents be and hereby are dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs and attorneys fees incurred in this action.

SO ORDERED.

_____
The Honorable Hon. James O. Browning
UNITED STATES DISTRICT JUDGE

**APPROVED:**

**WEISBERG AND MEYERS, LLC**

By: s/Larry Leshin
    Larry Leshin, Esq.
    1216 Indiana Street NE
    Albuquerque, NM  87110
    Fax: 866-565-1327
    *Attorney for Plaintiff*

and

**KELEHER & MCLEOD, P.A.**

By: s/S. Charles Archuleta
S. Charles Archuleta
Keleher & McLeod, P.A.
P.O. Box AA
Albuquerque NM 87103
 *Attorney for Defendant*