IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOE FRANK-HAVILAND, ALICIA
FRANK-HAVILAND,

     Plaintiffs,

vs.                                                                                                         No. CIV 11-0493 JB/WDS

FOCUS RECEIVABLES MANAGEMENT, LLC,

     Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the parties' Joint Motion for Dismissal with Prejudice, filed January 10, 2012 (Doc. 23)("Motion"); and (ii) the Court's Order of Dismissal with Prejudice, filed January 12, 2012 (Doc. 24)("Order").  In the Motion, the parties jointly move for dismissal with prejudice of "any and all claims that have been or could have been brought in this action" against Defendant Focus Receivables Management, LLC, and against its "past and present directors, officers, employees and/or agents by, through or on behalf of" Plaintiffs Joe and Alicia Frank-Haviland.  Motion at 1.  The Motion specifies that each party will bear their own costs and attorneys' fees.  See Motion at 1.  The parties assert that the matter has been settled.  See Motion at 1.  In its Order, the Court granted the Motion, noting that the parties had advised the Court that the matter was settled.  See Order at 1.  The Court then dismissed with prejudice all claims that "Plaintiffs, Joe Frank-Haviland and Alicia Frank-Haviland, brought or could have brought in this action" against Focus Receivables Management.  Order at 1.  There not being any further issues for the Court to resolve, the Court enters final judgment.

      **IT IS ORDERED** that the case is dismissed with prejudice, and that final judgment is

entered.

                                                  _____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Craig J. Ehrlich
Laurence M. Leshin
Weisbert & Meyers, LLC
Phoenix, Arizona

*-- and --*

Eric N. Ortiz
Affordable Law, PC
Albuquerque, New Mexico

    *Attorneys for the Plaintiffs*

S. Charles Archuleta
Justin Bert Breen
Eduardo Provencio
Keleher & McLeod P.A.
Albuquerque, New Mexico

    *Attorneys for the Defendant*